**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

*FILED*
*MAR 2 4 2025*
*MARY C. LOEWENGUTH, CLERK*
*WESTERN DISTRICT OF NY*
*UNITED STATES DISTRICT COURT*

Revised 07/07 WDNY

Robi S. Niwinski

**Jury Trial Demanded: Yes_X_ No____**

_____
Name(s) of Plaintiff or Plaintiffs

-vs-

Scott Bessent, Secretary

Department of the Treasury

(Internal Revenue Service)

Name of Defendant or Defendants

**DISCRIMINATION COMPLAINT**
_____ -CV- _____

**25 CV 256-V**

You should attach a copy of your **original  Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint.  Failure to do so may delay your case.

***Note:*** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

___X___    Title  VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).

> **NOTE**:  In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).

> **NOTE**:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

___X___    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).

> **NOTE:**  In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.  Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

__X__        New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1.        My address is:   3765 Clinton Street
                                    West Seneca, New York  14224



          My telephone number is:  716-393-0396


2.        The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

          Name:   Department of the Treasury  (Internal Revenue Service)

          Number of employees:   500+

          Address:   2875 Union Road
                            Cheektowaga, New York  14227


3.        (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked.  (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

          Name:   Department of the Treasury  (Internal Revenue Service)

          Address:   2875 Union Road
                            Cheektowaga, New York  14227


## CLAIMS

4.        I was first employed by the defendant on (date):  November 9, 2000

5.  As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
    May 11, 2018
    _____

6.  As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any
    did):  Continues through the present. _____
    _____
    _____

7.  I believe that the defendant(s)

    a. __X__        Are still committing these acts against me.
    b. _____        Are not still committing these acts against me.
    (Complete this next item **only** if you checked "b" above)   The last discriminatory act
    against me occurred on (date) _____
    _____

8.  (Complete this section **only** if you filed a complaint with the New York State Division of
    Human Rights)

    The date when I filed a complaint with the New York State Division of Human Rights is
    _____
    _ (estimate the date, if necessary)

    I filed that complaint in (identify the city and state): _____
    _____

    The Complaint Number was: _____

9.  The New York State Human Rights Commission did _____ /did not ___X____
    issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the
    decision to **each** copy of the complaint; failure to do so will delay the initiation of your
    case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the
    Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged
    discriminatory conduct is:  July 28, 2020 _____

11. The Equal Employment Opportunity Commission did _____X_____ /did not
    _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one
    copy of the decision to **each** copy of the complaint; failure to do so will delay the
    initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to
    Sue letter which I received on:  December 19, 2024 _____        . (**NOTE:**

3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

    a. _____ Failure to provide me with reasonable accommodations to the application process

    b. _____ Failure to employ me

    c. _____ Termination of my employment

    d. _____ Failure to promote me

    e. __X__ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

    f. _____ Harassment on the basis of my sex

    g. __X__ Harassment on the basis of unequal terms and conditions of my employment

    h. __X__ Retaliation because I complained about discrimination or harassment directed toward me

    i. _____ Retaliation because I complained about discrimination or harassment directed toward others

    j. __X__ Other actions (please describe) Retaliation for request of reasonable accommodations.

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

    a. _____ Race

    b. _____ Color

    c. _____ Sex

    d. _____ Religion

    e. _____ National Origin

    f. _____ Sexual Harassment

    g. _____ Age
    _____ Date of birth

    h. __X__ Disability
    Are you incorrectly perceived as being disabled by your employer?
    ____ yes __X__ no

15. I believe that I was __X__/was not _____ **intentionally** discriminated against by the defendant(s).

16.    I believe that the defendant(s) is/are __X___ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____
_____

17.    **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim. (NOTE:  You must attach a copy of the original complaint you filed with the Equal Employment Opportunity Commission and a copy of the Equal Employment Opportunity Commission affidavit to this complaint; failure to do so will delay initiation of your case.)**

18.    The Equal Employment Opportunity Commission *(check one)*:
_____    **has not** issued a Right to sue letter
__X__    **has** issued a Right to sue letter, which I received on __December 19, 2024_____

19.    State here as briefly as possible the *facts* of your case.  Describe how each defendant is involved, including *dates* and *places*.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need.  Attach extra sheets if necessary.)*

Please see attached statements. _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**FOR LITIGANTS ALLEGING <u>AGE DISCRIMINATION</u>**

20.    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
_____ 60 days or more have elapsed    _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21.    I first disclosed my disability to my employer (or my employer first became aware of my disability on __November 9, 2000_____

22.   The date on which I first asked my employer for reasonable accommodation of my
disability is January of 2002  (Original Request)

23.   The reasonable accommodations for my disability (if any) that my employer provided to
me are:  Some ergonomic equipment, eventually an offer to change to a different cubicle.

24.   The reasonable accommodation provided to me by my employer were _____/were not
__X__ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate,
including injunctive orders, damages, costs and attorney's fees.

Dated: March 18, 2025                    _Robi S. Niwinski_____

Plaintiff's Signature

I solemly affirm under penalty of perjury that the
contents of the foregoing are based on personal
knowledge and are true to the best of my present
knowledge,information, and belief.